CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 0 8 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARBARA A. LILLY, ) | CASE NO. 7:05CV00744 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REPORT |
| ) | |
| KROGER LIMITED ) | |
| PARTNERSHIP I, et al., ) | By:  B. WAUGH CRIGLER |
| ) | U.S. MAGISTRATE JUDGE |
| Defendants. ) | |
| ) | |

As a result of the mediation proceedings held on November 3, 2006, the undersigned hereby

REPORTS

that the parties have settled this case upon mutually agreeable terms. The parties are to execute the customary settlement documents and, within 30 days thereof, submit an agreed order of dismissal to the Hon. James C. Turk, Senior United States District Judge.

The Clerk of the Court hereby is directed to send a certified copy of this Report to all counsel of record.

ENTERED: _____
United States Magistrate Judge

November 8, 2006
Date